1
2
3
4
5
6
7

JS-6

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MARY A. L.,[1]                          Case No. EDCV 20-0335 PVC

12              Plaintiff,

13      v.                                   **JUDGMENT**

14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,[2]

15              Defendant.

16

17

18      IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that

19   the above-captioned action is dismissed with prejudice.

20

21   DATED:  June 29, 2022

22

23                                           _____

24                                           PEDRO V. CASTILLO
                                             UNITED STATES MAGISTRATE JUDGE

25      [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
26   Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
     Administration and Case Management of the Judicial Conference of the United States.

27      [2] Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is
28   substituted for her predecessor Andrew Saul, whom Plaintiff named in the Complaint.
     *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).